
**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 19, 2015

Hon. Coretta T. Graham
Graham Legal Services
PO Box 60026
Corpus Christi, TX 78466
* DELIVERED VIA E-MAIL *

Mr. Waymond Anderson
TDCJ# 01997761
Dominguez Unit
6535 Cagnon Road
San Antonio, TX 78252

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00258-CR
Tr.Ct.No.  09-CR-2559-F
Style:    Waymond Anderson v. The State of Texas

Appellant's motion to withdraw as counsel (Hon. Coretta T. Graham) was this day CARRIED WITH THE CASE by this Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch